**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**In re:**

| | |
|---|---|
| **CARRIN DENISE JAMES,** | **BANKRUPTCY CASE NO.: 8:21-bk-00038-MGW** |
| Debtor. _____/ | |
| **CHRISTINE L. HERENDEEN,** as Chapter 7 Trustee of the estate of **CARRIN DENISE JAMES,** | **CHAPTER 7** |
| Plaintiff, | |
| v. | **ADVERSARY PROCEEDING NO.: 8:21-ap-00129-MGW** |
| **I.C. SYSTEMS, INC.,** | |
| Defendant. _____/ | |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Plaintiff, Christine L. Herendeen, as Chapter 7 Trustee of the estate of Carrin Denise James, by and through undersigned counsel and pursuant to Federal Rule of Bankruptcy Procedure 7041 and Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses Defendant I.C. Systems, Inc. without prejudice. In accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(i), this matter is hereby dismissed without prejudice upon the filing of this Notice. Each party is to bear their own attorney's fees and costs.

1

Dated: May 26, 2021          Respectfully Submitted,

**SHRADER LAW, PLLC**
612 W. Bay Street
Tampa, Florida 33606
Phone:  (813) 360-1529
Fax:     (813) 336-0832

/s/ Alejandro J. Mendez
**BRIAN L. SHRADER, ESQ.**
Florida Bar No. 57251
e-mail: bshrader@shraderlawfirm.com
**ALEJANDRO J. MENDEZ, ESQ.**
Florida Bar No. 1025247
e-mail: amendez@shraderlawfirm.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on May 26, 2021, a true and correct copy of the foregoing was filed electronically with the Clerk of Court for the Bankruptcy Court for the Middle District of Florida through the CM/ECF system that will give notice to all parties of record.

/s/ Alejandro J. Mendez
*Attorney*